Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio


## MEMORANDUM OPINION

No. 04-10-00254-CR

Tyrone A. **ROSS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CR-12196
Honorable Ron Rangel, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
           Steven C. Hilbig, Justice
           Marialyn Barnard, Justice

Delivered and Filed: May 12, 2010

DISMISSED

     Tyrone A. Ross pleaded nolo contendere to possession of a controlled substance, penalty group 1, less than one gram, pursuant to a plea bargain agreement. As part of his plea bargain, Ross signed a separate "Waiver of Appeal." The trial court imposed sentence in accordance with the agreement and signed a certificate stating that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). The clerk's record, which includes the plea bargain

agreement and the trial court's Rule 25.2(a)(2) certification, has been filed. *See* TEX. R. APP. P. 25.2(d). This court must dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record." *Id.*

Ross's appointed appellate counsel has filed written notice that counsel has reviewed the record and concluded Ross does not have a right to appeal and the appeal should be dismissed. After reviewing the record and counsel's notice, we agree Ross does not have a right to appeal. *See Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005) (holding that court of appeals should review clerk's record to determine whether trial court's certification is accurate). We therefore dismiss this appeal. TEX. R. APP. P. 25.2(d).

PER CURIAM

Do not publish